**No. 41061.**—Protest 821384–G of New York Merchandise Co., Inc. (Los Angeles).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel the merchandise in question was held free of duty as joss stick or joss light under paragraph 1703.   Woolworth v. United States (T. D. 47647) and Abstract 34216 followed.

**No. 41062.**—Protests 490672–G, etc., of S. Langsdorf & Co. et al. (New York).

Opinion by McClelland, P. J.   It was stipulated that the merchandise consists of hat and clothes brushes the same as those passed upon in United States v. Heinrich Herrmann & Weiss (26 C. C. P. A. 292, C. A. D. 30).   The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 41063.**—Protests 728058–G, etc., of London House, Ltd. (New York).

Opinion by McClelland, P. J.   It was stipulated that the merchandise consists of hat and clothes brushes the same as those passed upon in United States v. Heinrich Herrmann & Weiss (26 C. C. P. A. 292, C. A. D. 30).   The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 41064.**—Protests 625763–G, etc., of F. W. Myers & Co., Inc., et al. (Detroit).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of Myers v. United States (T. D. 49530) it was held that the tax in question should have been taken on the basis of the number of board feet of the merchandise in question in its actual condition as imported.

**No. 41065.**—Protests 944179–G, etc., of Frazar & Co. (Galveston).

Opinion by McClelland, P. J.   It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in Nozaki v. United States (C. D. 61).   The protests were therefore sustained.

**No. 41066.**—Protests 970623–G, etc., of Bamboo & Rattan Works, Inc., et al. (New York).

Opinion by First Division.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Second Division, April 17, 1939

**No. 41067.**—Protest 971188–G of Geo. E. Mallison Importing Co., Inc. (New York).